UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES MURPHY, for himself and on behalf of all other persons similarly situated,

        Plaintiffs,

- against -

AMERICAN CONTEMPORARY ART GALLERY LLC,

        Defendant.

21-cv-8219 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 15, 2021 is canceled.

SO ORDERED.

Dated:    New York, New York
            December 7, 2021

                                        John G. Koeltl
                                   United States District Judge