```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

**JAMES MURPHY FOR HIMSELF AND ON**
**BEHALF OF ALL OTHER PERSONS**                    21-cv-8219 (JGK)
**SIMILARLY SITUATED,**
                                                   ORDER
        Plaintiffs,

    - against -

**AMERICAN CONTEMPORARY ART GALLERY,**

        Defendant.

───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to file a Fed. R. Civ. P. 26(f) report by **January 14, 2022**.

**SO ORDERED.**

**Dated:**    **New York, New York**
         **December 17, 2021**       /s/ John G. Koeltl
                                   **John G. Koeltl**
                           **United States District Judge**