UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES MURPHY, ET AL.,

                Plaintiffs,

     - against -

AMERICAN CONTEMPORARY ART GALLERY
LLC,

              Defendant.

21-cv-8219 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In an Order dated December 17, 2021, the Court directed the parties to submit a Rule 26(f) report by January 14, 2022. See ECF No. 10. The parties have not yet submitted a Rule 26(f) report. The parties are directed to submit a Rule 26(f) report by March 23, 2022.

SO ORDERED.

Dated:    New York, New York
          March 16, 2022

                                John G. Koeltl
                    United States District Judge