UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES MURPHY,

                Plaintiff,

    - against -

AMERICAN CONTEMPORARY ART GALLERY LLC,

                Defendant.

---

21-cv-8219 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should file a Joint Pre-Trial Order by **November 11, 2022**. The parties should be ready for trial on 48 hours' notice on and after **December 1, 2022**.

SO ORDERED.

Dated:    New York, New York
            October 13, 2022

                                                      _____
                                                           John G. Koeltl
                                            United States District Judge